UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 15 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| DEMANTE SYMS and TABITHA HUNT, | ) ) ) ) |
| Defendants. | ) ) |

4:17CR082 CEJ/NCC

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about February 2, 2017, and continuing up to and including the date of the indictment, the exact dates being unknown to the federal grand jury, in the Eastern District of Missouri,

**DEMANTE SYMS and
TABITHA HUNT,**

the defendants herein, did knowingly and intentionally conspire, combine, confederate and agree, with other persons both known and unknown to the federal grand jury, including but not limited to **WALTER WALLACE**, to corruptly persuade Myesha Strickland with the intent to cause or induce Ms. Strickland to withhold her testimony from a federal proceeding, *United States v. Jacobi Temple, et al.*, United States District Court for the Eastern District of Missouri Case Number S1-4:15 CR 230 JAR (JMB).

In violation of Title 18, United States Code, Sections 1512(k), 1512(b)(2)(a) and 2.

## COUNT TWO

The Grand Jury further charges that:

Beginning on or about February 2, 2017, and continuing up to and including the date of the indictment, the exact dates being unknown to the federal grand jury, in the Eastern District of Missouri,

**DEMANTE SYMS,**

the defendant herein, did knowingly corruptly persuade Myesha Strickland with the intent to cause or induce Ms. Strickland to withhold her testimony by repeatedly communicating to Ms. Strickland through telephone calls and in-person visitation that she should, among other things, "stick to the script," "be steadfast," "get schooled," "be prepared for battle," "tell the detective what I need you to say," and follow the content of an "Affidavit of Agreement" for the purpose of Ms. Strickland withholding her testimony from a federal proceeding, *United States v. Jacobi Temple, et al.*, United States District Court for the Eastern District of Missouri Case Number S1-4:15 CR 230 JAR (JMB).

In violation of Title 18, United States Code, Section 1512(b)(2)(a).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS REA, #53245MO
Assistant United States Attorney